# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | April 6, 2006 | AT: | 10:30 a.m. |
| DATE COMPLETED: | April 6, 2006 | AT: | 10:42 a.m. |

UNITED STATES OF AMERICA     )
                             )
vs.                          )
                             )     CR. No. 2:06mj35-CSC
                             )
JEFFREY GLENN SMITH          )
                             )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Chris Snyder | Patricia Kemp |

**COURT OFFICIALS PRESENT**

Jimmy Dickens, Court Reporter        Leslie Craft, USPO
Elna Behrman, Courtroom Deputy       Chris Puckett, Law Clerk

## COURTROOM PROCEEDINGS

(X)   INITIAL APPEARANCE HEARING

Hearing commences.
Court advises Defendant of his rights.
Defendant states he understands his rights.
Court orally appoints the Federal Defender to represent Defendant.
Court explains the charges and the minimum and maximum punishment.
Defendant states he understands the charges and has no questions.
Defendant waives his right to an identity hearing.
Court will sign an order transferring the Defendant to the Northern District of Florida.
Court is adjourned.